STEVE FEDOR, Sr., ADMINISTRATOR, ETC., PLAINTIFF, v. KUEHNE CHEMICAL COMPANY, DEFENDANT.

Submitted January term, 1930—Decided April 17, 1930.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff, *David T. Wilentz*.

For the defendant, *Thomas Brown*.

PER CURIAM.

This suit was brought to recover damages under the Death act. Victor Fedor, the deceased, a boy "close to nine" years was killed on the 19th day of December, 1928, by being struck by an automobile on Amboy avenue in the city of Perth Amboy. The trial resulted in a verdict for the plaintiff for $5,000. The defendant obtained a rule to show cause and writes down three reasons for a new trial; the verdict is excessive; it is against the weight of the evidence; it is against the charge of the trial judge. We find no sufficient reason for disturbing the verdict of the jury. The rule to show cause is therefore discharged.